**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Bruce C. Smith                                        Case No. 8:07-bk-10510-CPM
Augustine D. Smith
Debtor(s)
_____/

---

**TRUSTEE'S FINAL REPORT AND ACCOUNTING**

---

   Jon M. Waage, Chapter 13 Standing Trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

   Therefore, pursuant to FRBP 5009, the Trustee requests that this final account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

     Dated March 24, 2009.

                                                    /s/ Jon M. Waage
                                                    Jon M. Waage
                                                    Chapter 13 Standing Trustee
                                                    P.O. Box 25001
                                                    Bradenton, FL 34206-5001
                                                    Phone (941) 747-4644
                                                    Fax (941) 750-9266

JMW/dll

# United States Bankruptcy Court
## FOR THE
## Middle District of Florida

IN RE: Bruce C. Smith & Augustine D. Smith  CASE No. 07-10510-8C3
932 Picheloup Pl
New Orleans, LA 70119

## FINAL REPORT AND ACCOUNT
DATED: 03/24/2009
Dismissed

Pursuant to Chapter 13 Rule 2015(a)(6), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rule 2015(a)(6) are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.  $9,800.00

1) Payments to creditors classified as "Continue" or "Secured" may include a combined payment made up of principal, interest, escrow, and/or other applicable components, even though the amount paid only reflects a "principal" payment in this report.

2) The "claim number" reflected in this report is the Chapter 13 Trustees systems number, which may not be the same as the court claim number.

| Claim Number | Creditor's Name | Classification | Amount Allowed | Amount Paid Principal | Amount Paid Interest | Balance Due |
|---|---|---|---|---|---|---|
| 001 | American General Finance | Continue | 0.00 | 1,463.00 | 0.00 | -1,463.00 |
| 001 | American General Finance | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | W.S. Badcock Corporation | Continue | 0.00 | 46.81 | 0.00 | -46.81 |
| 002 | W.S. Badcock Corporation | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GE Money Bank | Continue | 0.00 | 2,721.39 | 0.00 | -2,721.39 |
| 004 | Wells Fargo Auto Finance | Continue | 0.00 | 2,578.31 | 0.00 | -2,578.31 |
| 004 | Wells Fargo Auto Finance | Secured | 6,467.37 | 0.00 | 0.00 | 6,467.37 |
| 005 | | Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | Bruce C. Smith | Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | Bruce C. Smith | Debtor Refund | 2,011.29 | 2,011.29 | 0.00 | 0.00 |

Interest  $0.00
Trustee Commission  $979.20
Total Disbursements  $9,800.00

Attorney : Jay M. Weller, Esq.
Date Filed : 10/31/2007
Date Confirmed :
Date Terminated : 03/24/2009

/s/ Jon M. Waage
TRUSTEE

**07-10510-8-C**

Bruce C. Smith
Augustine D. Smith
932 Picheloup Pl

New Orleans LA 70119

Debtor Type: Joint

Dismissed on 03/24/2009 - Final Rpt
Not Confirmed

Atty: Jay M. Weller, Esq.
(727)539-7701
Dismissed
Emplyr:

**44 Rmng of 60 Mos. @ $1,400.00 /mo.**
Percent Pay Uns 0
SSN: xxx-xx-2932   xxx-xx-9234
Debtor Plan Payment: $1,400.00 / M

----- Last 6 Payments -----

| | | | |
|---|---|---|---|
| 7/8/2008 | $1,400.00 | 5/6/2008 | $400.00 |
| 6/3/2008 | $1,000.00 | 5/6/2008 | $1,000.00 |
| 6/3/2008 | $400.00 | 4/8/2008 | $500.00 |

Total Paid In $9,800.00

| | |
|---|---|
| Filed | 10/31/2007 |
| First Mtg | 01/29/2008 |
| Confirm Mtg Reset | 08/13/2008 |
| Plan Filed | |
| Start Pmts | 11/30/2007 |
| Bar Date | 03/03/2008 |

Status G

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American General Finance | AM NEW POR | | 001-0 | 8/14/2008 | Con | | $209.00 | 15 | $0.00 | $1,463.00 | $1,600.00 | | Continuing $0.00 |
| American General Finance | AM NEW POR | | 001-1 | | Uns | | | 75 | $0.00 | | $3,181.27 | | Scheduled |
| W.S. Badcock Corporation | BADCOCK7 | | 002-0 | 6/17/2008 | Con | | $6.45 | 15 | $0.00 | $46.81 | $300.00 | | Continuing $0.00 |
| W.S. Badcock Corporation | BADCOCK7 | | 002-1 | | Uns | | | 75 | $0.00 | | $507.32 | | Scheduled |
| GE Money Bank | GE+MONEY | | 003-0 | 12/12/2008 | Con | | $388.77 | 15 | $0.00 | $2,721.39 | $22,846.00 | | Continuing $0.00 |
| Wells Fargo Auto Finance | WELLS.FAR1 | | 004-0 | 8/14/2008 | Con | | $368.33 | 15 | $0.00 | $2,578.31 | $45,564.37 | | Continuing $0.00 |
| Wells Fargo Auto Finance | WELLS.FAR1 | | 004-1 | | Sec | | | 20 | $6,467.37 | | | | Scheduled |
| DEPT OF TREASURY | | | 005-0 | | Pri | | | 30 | $0.00 | | | | $0.00 |
| AURORA LOAN SVC | | | 006-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| BEST PAYMENT SOLUTIONS INC | | | 007-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| CAP ONE | | | 008-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| CAP ONE | | | 009-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| CITCUIT CITY | | | 010-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| CITIBANK | | | 011-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| CITIFIN | | | 012-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| COMM HOSP OF NPR | | | 013-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| DEP OF TREASURY | | | 014-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| DIRECT TV | | | 015-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| GE MONEY BANK | | | 016-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| GE MONEY BANK | | | 017-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| LEASE FIN GRP A | | | 018-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| NEUROSURGICAL SPINE CTR | | | 019-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| PROVIDIAN | | | 020-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| QUEST DIAGNOSTIC | | | 021-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| QUEST DIAGNOSTIC | | | 022-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| QUEST DIAGNOSTIC | | | 023-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |
| RADIO SHACK | | | 024-0 | | Uns | | | 75 | $0.00 | | | | $0.00 0.00 |

Continued on Next Page

**07-10510-8-C**

Bruce C. Smith
Augustine D. Smith

**44 Rmng of 60 Mos. @ $1,400.00 /mo.**
Percent Pay Uns   0

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAD ASSOC | | | 025-0 | | Uns | | | 75 | $0.00 | | | | $0.00 |
| | | | | | | | | | | | | | 0.00 |
| SEARS | | | 026-0 | | Uns | | | 75 | $0.00 | | | | $0.00 |
| | | | | | | | | | | | | | 0.00 |
| SMITH WINQUIST & ASSOC | | | 027-0 | | Uns | | | 75 | $0.00 | | | | $0.00 |
| | | | | | | | | | | | | | 0.00 |
| SPORTS & ORTHOPEDIC REHAB | | | 028-0 | | Uns | | | 75 | $0.00 | | | | $0.00 |
| | | | | | | | | | | | | | 0.00 |
| STUDENT LOANS | | | 029-0 | | Uns | | | 75 | $0.00 | | | | $0.00 |
| | | | | | | | | | | | | | 0.00 |
| Jon M. Waage, Trustee Expense | 00000012 | | 030-0 | 8/14/2008 | Tru E | | | 80 | $223.47 | $223.47 | $223.47 | | $0.00 |
| | | | 998-0 | | Rfd | | | 89 | $0.00 | | | | $0.00 |
| | | | 999-0 | 8/14/2008 | Rfd | | | 89 | $2,011.29 | $2,011.29 | $2,011.29 | | $0.00 |
| Jon M. Waage, Trustee Commissi | TRSJMW | | TRS-0 | 8/14/2008 | Tru | | | 00 | $755.73 | $755.73 | | | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $9,681.33 | $9,800.00 | | $0.00 |
| | | | | | | | | Amount Available | | $0.00 |
| Total Debt | $6,467.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,234.76 | Funds Held | | $0.00 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,809.51 | $2,990.49 | Principal Balance | | $970.89 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | | |
| Balance Due | $6,467.37 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Delinquent | | $12,600.00 |

| Entered | Action | Clm Code | ---- Case Notes ---- |
|---|---|---|---|
| 10/01/08 | | | ck 28680, cont. #1455, $2,721.39, clm. 3, sent acct for registry |
| 09/02/08 | | | Rec'd Ck#28680, Contr #1455, $2,721.39, Fwd to Claims (ep) |
| 07/11/08 | | | Dismissed 7/18/2008 -kja |
| 07/09/08 | | | Case rev'd for dismissal-LC |
| 06/12/08 | | | C.Ch 08-13-08 @ 1:30   av |
| 06/03/08 | | | Rec'd signed a/c from debtors/bd |
| 05/14/08 | | | Sent a/c to debtor's atty for signatures/bd |
| 05/05/08 | | | C. CH 5/21/08 @ 1:30 PM (CN) |
| 04/16/08 | | | Sent 2nd a/c to Bruce C Smith for signatures/bd |
| 04/04/08 | 04/04/08 | TM | 30 day clause per OOTMTD 4/8/08 (4/30 & 5/30 on time & cure by 6/30)-kja |
| 02/28/08 | | | Sent a/c to debtors for both signatures/bd |
| 02/05/08 | | | Unfav. Recom. subm./mi |
| 01/24/08 | | | cont. conf. hrg. (br) |
| 01/11/08 | | | mailed a/c form to debtor(rec'd debtor payment w/different address on payment/ |
| 01/11/08 | | | ret. envelope)1/11/08-lwl |
| 12/06/07 | | | Cont. 341 to 1/29/08 @ 1:30 (original 12/4/07) mi |
| 12/03/07 | | | Rec. 2005 & 2006 tax returns, pay advices, and Vacation Time doc    SL |
| 11/07/07 | 11/07/07 | 1D | 1st Day Order Submitted |

Status as of 3/24/2009

**07-10510-C**

Bruce C. Smith  
932 Picheloup Pl  

Augustine D. Smith

Atty: Jay M. Weller, Esq.  
Dismissed  

44 Rmng of 60 Mos.  
Payment: $1,400.00 Per M

New Orleans LA 70119  
First Pmt Date 11/30/2007  
Delinquent $12,600.00

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 272 | 08070006 | 7/8/2008 | $1,400.00 | RP | Regular Payment | | |
| 12347252 | 08060002 | 6/3/2008 | $1,000.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 12347252 | 08060002 | 6/3/2008 | $400.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 12347238 | 08050006 | 5/6/2008 | $400.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 12347238 | 08050006 | 5/6/2008 | $1,000.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 88850682 | 08040010 | 4/8/2008 | $500.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 88850682 | 08040010 | 4/8/2008 | $500.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 88850682 | 08040010 | 4/8/2008 | $400.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 11854194 | 08020027 | 2/26/2008 | $400.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 11854194 | 08020027 | 2/26/2008 | $1,000.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 11610141 | 08010012 | 1/11/2008 | $400.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 11610141 | 08010012 | 1/11/2008 | $1,000.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 11604988 | 07120003 | 12/4/2007 | $400.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 11604988 | 07120003 | 12/4/2007 | $1,000.00 | RP | Regular Payment | Amount out of range, Please Verify | |

Total $9,800.00

07-10510-C  Bruce C. Smith  
932 Picheloup Pl  
New Orleans LA 70119

Augustine D. Smith

Atty: Jay M. Weller, Esq.  
Dismissed

| Clm Num | Date | Name | Check# | Principal | Int Pd | Total Paid | R | Type |
|---|---|---|---|---|---|---|---|---|
| 001- 0 | 8/14/2008 | American General Finance | 28647 | $1,463.00 | $0.00 | $1,463.00 | Y | |
| | | | | $1,463.00 | $0.00 | $1,463.00 | | |
| 002- 0 | 6/17/2008 | W.S. Badcock Corporation | 27945 | $5.45 | $0.00 | $5.45 | Y | |
| 002- 0 | 5/16/2008 | W.S. Badcock Corporation | 27656 | $7.64 | $0.00 | $7.64 | Y | |
| 002- 0 | 4/15/2008 | W.S. Badcock Corporation | 27329 | $7.89 | $0.00 | $7.89 | Y | |
| 002- 0 | 3/5/2008 | W.S. Badcock Corporation | 26992 | $8.61 | $0.00 | $8.61 | Y | |
| 002- 0 | 2/8/2008 | W.S. Badcock Corporation | 26740 | $17.22 | $0.00 | $17.22 | Y | |
| | | | | $46.81 | $0.00 | $46.81 | | |
| 003- 0 | 12/12/2008 | GreenTree Financial | 28680 | ($2,721.39) | $0.00 | ($2,721.39) | Y | Void |
| 003- 0 | 12/12/2008 | Clerk, U.S. Bankruptcy Court | 29736 | $2,721.39 | $0.00 | $2,721.39 | Y | |
| 003- 0 | 8/14/2008 | GreenTree Financial | 28680 | $2,721.39 | $0.00 | $2,721.39 | Y | |
| | | | | $2,721.39 | $0.00 | $2,721.39 | | |
| 004- 0 | 8/14/2008 | Wells Fargo Auto Finance | 28695 | $1,146.73 | $0.00 | $1,146.73 | Y | |
| 004- 0 | 4/15/2008 | Wells Fargo Auto Finance | 27524 | $1,431.58 | $0.00 | $1,431.58 | Y | |
| | | | | $2,578.31 | $0.00 | $2,578.31 | | |
| 030- 0 | 8/14/2008 | Jon M. Waage, Trustee Expense | 28644 | $223.47 | $0.00 | $223.47 | Y | |
| | | | | $223.47 | $0.00 | $223.47 | | |
| 999- 0 | 8/14/2008 | Bruce C. Smith | 28659 | $2,011.29 | $0.00 | $2,011.29 | Y | |
| | | | | $2,011.29 | $0.00 | $2,011.29 | | |
| TRS- 0 | 8/14/2008 | Jon M. Waage, Trustee Commission | 28692 | $592.34 | $0.00 | $592.34 | Y | |
| TRS- 0 | 6/17/2008 | Jon M. Waage, Trustee Commission | 28110 | $0.61 | $0.00 | $0.61 | Y | |
| TRS- 0 | 5/16/2008 | Jon M. Waage, Trustee Commission | 27820 | $0.84 | $0.00 | $0.84 | Y | |
| TRS- 0 | 4/15/2008 | Jon M. Waage, Trustee Commission | 27503 | $159.94 | $0.00 | $159.94 | Y | |
| TRS- 0 | 3/5/2008 | Jon M. Waage, Trustee Commission | 27143 | $0.66 | $0.00 | $0.66 | Y | |
| TRS- 0 | 2/8/2008 | Jon M. Waage, Trustee Commission | 26890 | $1.34 | $0.00 | $1.34 | Y | |
| | | | | $755.73 | $0.00 | $755.73 | | |
| | | Grand Total | | $9,800.00 | $0.00 | $9,800.00 | | |